**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF LOS ANGELES AIHM MOTEL/MOTEL ASSOCIATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LOS ANGELES, <br><br> Defendant. | Case No. CV 18-1295-DMG (JCx) <br><br> **JUDGMENT** |

This Court having granted Defendant City of Los Angeles's motion for judgment on the pleadings by order dated November 1, 2019,

IT IS ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Defendant and against Plaintiffs.

DATED: November 1, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-